UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIONE ANDERSON,

        Plaintiff,

v.                       Case No.  8:13-cv-314-T-33EAJ

JUDY LEIBEREID and JUDGE
FERNANDEZ,

        Defendants.
_____/

**ORDER**

This matter comes before the Court sua sponte. Upon review of the Complaint (Doc. # 1) and Motion for Order to Freeze All Proceedings in Case 1210055-CC (Doc. # 2), the Court concludes that the Complaint should be dismissed. There is no showing of jurisdiction in this Court. Plaintiff appears to disagree with the ruling of a state court judge, the remedy for which would be an appeal in the state court system, not in this Court.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  This case is dismissed.

(2)  All pending motions are denied as moot.

(3)  The Clerk is directed to Close this Case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>1st</u> day of February, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All parties of record